IN THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 27 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| **REGINALD B. WARE** | ) | |
| **Plaintiff** | ) | |
| Vs | ) | Case No. **1 14-CV-1595** |
| Wells Fargo Bank NA | ) | JURYTRIAL DEMANDED |
| Defendant(s) | ) | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

## NATURE OF ACTION

1. This is an action for damages brought by an individual Plaintiff for Defendant's violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681(n), 1681(o) & 1681(s) and Fair Debt Collection Practices Act U.S.C. § 1692 f ,1692 e, 1692 f(1), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Plaintiff seeks to recover monetary damages for Defendant's violation

of the FCRA and the FDCPA and have an Order or injunction issued by this Court preventing Defendants from continuing its violative behaviors.

3. Service may be made upon Defendant in any other district in which it may be found pursuant to 29 U.S.C. §1132(e)(2).

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, and 28 U.S.C. § 1337.

5. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and/or where Defendant transacts business in this district.

## PARTIES

6. Plaintiff, Reginald B. Ware ("Plaintiff"), is a natural person residing in Dekalb County, Georgia.

7. Defendant, Wells Fargo Bank N.A. is a foreign corporation with a physical address 101 N. Phillips Avenue Sioux Falls, SD. 57104 and registered agent as

Corporation Services Company 40 Technology Parkway South, Suite 300 Norcross, GA. 30092.

8. Defendant(s), Wells Fargo Bank is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

**FACTUAL ALLEGATIONS**

9. Plaintiff is a natural person allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than the Defendant.

10. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes and Plaintiff incurred the obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant.

11. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

## COUNT I--FCRA

12. Plaintiff repeats and re-alleges each and every allegation above.

13. The Defendant mailed a letter to the Plaintiff dated October 03, 2013 stating the account has been settled in full on account number ending in 412364, property address 1315 Wylie St. Atlanta, GA. The Defendant stated they would report the account to the credit reporting agencies as "settled in full zero balance". See Exhibit 1. The Plaintiff has contacted the credit bureau agencies, Equifax, Trans Union and Experian over seven times to have the reporting updated and to show a zero balance and account settled in full. The Defendant has been contacted by the credit reporting agencies and they advised that the balance is $55,593. See Exhibit 2. The Plaintiff has spoken with the Defendant and sent letters to the Defendant to have them report the account as settled in full and a zero balance. The Defendant has neglected to report and comply with the terms of the settlement agreement which violates Fair Credit Reporting Act. This violation has decreased Plaintiff's credit score and caused the Plaintiff to be denied credit. The Defendant has

admitted that they have "dropped the ball" and failed to comply with the terms of the settlement agreement. This conversation was held via phone on April 04, 2014 between the Plaintiff and representatives from the Defendant's office, Reda Johnson and Chris Rector, in the collection department.

The Plaintiff made a payment on the account ending in 680660260 property address 2656 Nelms Court Decatur, GA. on 02/12/2013. The payment was made in processed on 02/13/2014 which was the 30th day after the payment was due. The Defendant reported the Plaintiff over 30 days late to the three credit reporting agencies, which has caused the Plaintiff's credit score to decrease. The Plaintiff has disputed the inaccuracy with the three credit reporting agencies and the Defendant. The Defendant sent a letter to the Plaintiff dated April 10, 2014 stating the reporting was accurate and the payment was made on the 30th day after the due not and not over 30 days past the due date. See Exhibit 3

14. Defendant violated the Fair Credit Reporting Act in one or more of the following ways:

a) The Defendant reported and continues to report the Plaintiff past due and a balance on the Plaintiff's credit report, even after being notified by the credit reporting agencies and the Plaintiff, that the balance is incorrect and should be zero.

b) Awarding Plaintiff Damages pursuant to the FCRA 15 U.S.C. § 1681

c) Awarding Plaintiff reasonable attorney's fees and cost incurred in this action

d) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

e) Awarding such other and further relief as the Court may deem just and proper.

15. The Defendant violated the Fair Debt Collection Practices Act in one or more of the following ways:

a) Reporting a non-existent balance on the Plaintiff's credit report even after agreeing to report the account settled in full and a zero balance. This credit reporting has been deemed as an attempt to collect a debt, see Sullivan v Equifax, Inc., 2002 WL 799856 (E.D. Pa. April 19, 2002), Finnegan v. Univ. of Rochester Med. Ctr., 21 F. Supp.2d 223, 229 (W.D.N.Y. 1998).

b) Awarding Plaintiff damages pursuant to the 15 U.S.C. §1692k

c) Awarding Plaintiff reasonable attorney's fees and cost incurred in this action

d) Awarding Plaintiff any pre-judgment and post judgment interest as may be allowed by law

e) Awarding such other and further relief as the Court may deem just and

proper.

## FACTS

Defendant reports and continues to a report a past due account with Equifax, Trans Union and Experian, on the Plaintiff's credit report. This account was settled in full on September 15, 2013 and a notice was mailed to the Plaintiff on October 3, 2013, by the Defendant, to confirm the receipt of payment and to acknowledge the account will be reported as settled in full to the credit reporting agencies. See Exhibit 1. The Plaintiff has notified the credit agencies as well as the Defendant that the account is being reported incorrectly. The Defendant has verified over six times that the account is past due and a balance owing of $55,993. The Plaintiff contacted the Defendant on numerous occasions and they assured that the account would be corrected and reported as a zero balance. The Plaintiff has faxed the Defendant twice, information to have the account corrected with the credit agencies and the Defendant has failed to comply with the terms of the settlement agreement, which in turn has caused the Defendant to violate the FCRA and the FDCPA.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 27th day of May, 2014

By, Reginald Ware

Reginald Ware

Pro Se' Litigant

2649 Nelms Court

Decatur, Ga. 30033

404-325-8800

jusreggie2@bellsouth.net

*Exhibit 1*



**WELLS FARGO**

Wells Fargo Servicing Center
Home Equity Payment Processing
MAC Z3057-012
PO BOX 45038
Jacksonville, FL 32232-5038

10/03/2013

REGINALD B WARE
1315 WYLIE ST
ATLANTA, GA 30012

Re: Account Number ending in: 412364

Dear REGINALD B WARE:

This letter confirms that with your remittance of $3,500.00 on 09/16/2013, Wells Fargo considers the above-referenced Account to be settled in full, for less than the full balance. In consideration of this settlement, Wells Fargo will cease further collection efforts and the remaining balance will be charged-off.

Wells Fargo will report your account to the nationwide consumer reporting agencies ("credit bureaus") as account paid in full for less than the full balance. Wells Fargo is not a credit bureau and cannot control how the credit bureaus will report that information to other users of credit reports. If you believe the way this information is reported out by one or more of the credit bureaus does not accurately reflect the way it is being reported by Wells Fargo, you should contact such credit bureau(s) directly.

Home Equity Collections Servicing
1-800-361-9985

Please be advised that the Internal Revenue Service (IRS) requires financial institutions to annually report to the IRS discharges of indebtedness. In the event a settlement of this account results in a forgiveness of $600 or more of the principle balance due on the account, we may be required to file an informational return with the IRS reporting the forgiven amount. Please contact your tax advisor with any questions about how this may affect your income tax liability.

In consideration of the foregoing, all parties concerned agree that all terms and conditions of this letter, or any offer that is subsequently approved, will remain confidential and shall not be disclosed to any third parties (except for the parties' spouses, attorneys, and tax advisors), without the other party's written consent, under any circumstances, unless if required by subpoena or legal process or by the bank's regulatory agencies. Any failure to abide by these terms shall make any subsequently approved offer void.

The laws of some states require us to inform you that this communication is an attempt to collect a debt and that information obtained will be used for that purpose.
HQAGOO4 12/5/13
560292 (Rev01)

(03/10) PIS Confirmation – LPIF
R-1 System

Exhibit 2

## Equifax - Account Information

Creditors who you have an existing relationship with periodically report changes to your account. If you feel these changes are incorrect, contact the creditor as this may be a sign of fraud.

Company Contact Information: PO Box 3117,

Cbdru,

Winston Salem, NC 271023117

## WELLS FARGO BANK/WB R1

Company/Account Name: WELLS FARGO BANK/WB R1

Company Address/Phone: PO Box 3117, Cbdru, Winston Salem, NC 271023117

Account Number: 438654051141XXXX

Date Opened: 04/01/05

Last Activity: 07/01/10

Type: Installment

Rate/Status: Bad Debt; placed for collection; skip

High Credit: $59,493

Terms: N/A

Balance: $55,993

Past Due: $55,993

Most Recent Date Reported: 01/01/14

Comments on Account: Consumer disputes after resolution , Charge off account , Amount in high credit is original charge-off amount

*Exhibit 3*


**WELLS FARGO**

HEQ Credit Disputes
PO Box 31557
MAC B6955-01k
Billings, Montana 59107

April 10, 2014

REGINALD B WARE
2649 NELMS CT
DECATUR, GA 30033

Subject: Important information about credit reporting for account ending in 680680260********

Dear REGINALD B WARE:

Your dispute regarding the accuracy of certain information reported by Wells Fargo to the credit reporting agency has been investigated and a determination has been made. The result of the investigation establishes that the information we reported is accurate.

The delinquency reporting in 2/2014 is accurate. The payment due 1/14/14 was paid on 2/13/14, the 30th day. Please contact customer service at the number listed below for a copy of your payment history.

Please call Customer Service at 1-866-779-5182 Monday through Friday from 8 a.m. to 5 p.m., MT if we can be of further of assistance. For TDD assistance, call 1-800-353-5565.

Sincerely,

*R Jackson*

Home Equity Credit Bureau Disputes